In the Matter of Callahan, In the Matter of Daly, In the Matter of Naughton, In the Matter of Jennings.) — Motions granted.   Settle order on notice.

Joseph E. Schwab v. E. G. Potter and Others.— Motion granted; question certified.

Anderson Price v. Derbyshire Coffee Company.— Motion denied, with ten dollars costs.

J. Quintus Cohen v. American Surety Company.— Motion denied, with ten dollars costs.

Robert W. Hebberd v. Gallus Thoman.— Motion to take record from the files granted.   Settle order on notice.

In the Matter of John Halstead.— Motion denied, with ten dollars costs.   Settle order on notice.

John Jaburg v. Haserot Canneries Company.— Motion denied, with ten dollars costs.   Settle order on notice.

In the Matter of Siegel-Cooper Company.— Motion granted.   Settle order on notice.

Katie Dietrich v. Michael Dietrich.— Motion denied, with ten dollars costs. Settle order on notice.

In the Matter of Board of Rapid Transit.— Motion granted.   Settle order on notice.

In the Matter of Hyppolite A. Geney.— Report confirmed.   Settle order on notice.

Henry Hart v. A. L. Clarke & Company.— Motion denied.   Settle order on notice.